**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Andrew Keenan*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Andrew.Keenan@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2725*

October 19, 2026

# ORDER

**BY ECF**
Honorable Edward S. Kiel, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re: *Jadan Ortega v. Soto, et al.*, No. 26-11610 (ESK)**
**Petitioner's Bond Hearing**

Dear Judge Kiel:

This Office represents Respondents in the above-referenced habeas matter. We write to report that on October 8, 2026, Petitioner was again provided the opportunity for an individualized bond hearing. At that hearing, the Immigration Judge denied bond. *See* Ex. A, Order of Immigration Judge. We therefore respectfully request the Court lift the transfer injunction and close this case.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Andrew Keenan*
ANDREW KEENAN
Assistant United States Attorney
*Attorneys for Respondents*

cc: All counsel (via ECF)

**So Ordered.**

***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: October 20, 2026**